UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ALMENA STATE BANK,

        Plaintiff,

v.                                Case No. 20-1306-TC

LLOYD T. SCHNEIDER,

        Defendant,

v.

FEDERAL DEPOSIT INSURANCE
CORPORATION, as receiver of
ALMENA STATE BANK,

        Counter-Defendant.

## ORDER LIFTING STAY AND REOPENING CASE

On November 23, 2020, the court entered an order staying these proceedings and administratively closing the case pending the exhaustion of administrative remedies (ECF No. 10). The parties have now filed a joint status report notifying the court that the administrative claims process has concluded and requesting the case be reopened pursuant to 12 U.S.C. § 1821(d)(6) (ECF No. 27). The court agrees reopening the case is appropriate.

IT IS THEREFORE ORDERED that this case shall be placed back on its active docket.

Dated April 22, 2021, at Kansas City, Kansas.

                                              s/ James P. O'Hara

James P. O'Hara
U. S. Magistrate Judge

Case 6:20-cv-01306-TC-JPO   Document 28   Filed 04/22/21   Page 2 of 2

2